SYRACUSE TRUST COMPANY, Respondent, *v.* SYRACUSE CON-
STRUCTION COMPANY, Defendant, and MARGARET E. KAUF-
MANN et al., as Executors of JOHN S. KAUFMANN, Deceased,
Appellants.

*Syracuse Trust Co.* v. *Syracuse Construction Co.,* 111 App. Div. 907,
affirmed.
(Argued June 7, 1906; decided June 21, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 9, 1906, which affirmed a judgment in favor of plain-
tiff entered upon a decision of the court on trial at Special
Term and two intermediate orders theretofore made in an
action to foreclose a lien on collateral held as security for the
payment of two promissory notes.

*Le Roy B. Williams* for appellants.

*Edwin Nottingham* for respondent.

Judgment affirmed, with costs; appeal from intermediate
orders dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T.
BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.